IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-31295
Conference Calendar
_____


TOM ELIJAH JACKSON,

                                        Plaintiff-Appellant,

versus

TIM WINSTEAD,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CV-1659
- - - - - - - - - -
April 19, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:*

     Tom Elijah Jackson appeals from the district court's order
denying his motion for a preliminary injunction to provide for
his safety in the Madison Parish Jail.  He has presented no
cogent, appellate argument that the district court abused its
discretion in denying injunctive relief.  See Lakedreams v.
Taylor, 932 F.2d 1103, 1107 (5th Cir. 1991).

     AFFIRMED.

_____

     * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.